UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re Darrell E. Davenport**                                   Case No. 14-36143-KLP
**Debtor**                                                                    Chapter 7

TO:   Verizon Communication                 Comcast Cable
      500 Technology Drive                  6510 Iron Bridge Road
      Suite 550                             Richmond, VA 23234
      Weldon Spring, MO 63304

## AMENDED NOTICE TO CREDITOR(S)
## (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

_x_ adding you as a creditor,
___ deleting you as a creditor,
___ correcting your address

A copy of the amendment is forwarded to you together with this notice.

[*If amendment is adding creditor(s)*] NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims (*if any was given*), for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

Date: November 26, 2014                By: /s/ Julia B. Adair (VSB #45130)
                                       Julia B. Adair (VSB #45130)
                                       Hathaway Adair, P.C.
                                       3412 Cutshaw Ave.
                                       Richmond, VA 23230
                                       Phone: (804) 257-9944

## CERTIFICATION

I certify that on November 26, 2014, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Julia B. Adair
Counsel for Debtor