# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re Darrell E. Davenport                                  Case No. 14-36143-KLP
**Debtor**                                                        **Chapter 7**

## AMENDED AMENDMENT COVER SHEET

Amendment to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

\_\_\_\_    Involuntary/Voluntary Petition *[Specify reason for amendment:]*
         *Check if applicable:*\_\_\_Soc. Sec. No. amended. [*If applicable:* An original, signed Official Form 21 was
         mailed/hand delivered to the Clerk's Office on \_\_\_\_\_.*]

\_X\_\_   Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
\_\_\_\_    Schedule A - Real Property
\_\_\_     Schedule B - Personal Property
\_\_\_\_    Schedule C - Property Claimed as Exempt
\_X\_\_   Schedule D, E, F and/or List of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH
LOCAL RULE 1009-1.  ($30.00 Fee required if adding or deleting pre-petition creditors, changing amounts owed
or classification of debt).  Check applicable statement(s):

      \_X\_   Creditor(s) added   \_\_ Creditor(s) deleted
      \_\_    Change in amounts owed or classification of debt.
      \_\_    No pre-petition creditors added/deleted, or amounts owed or classification
         of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s) - NO FEE]
      \_\_    Post-petition creditors added (Schedule of Unpaid Debts)
Reminder: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.

\_X\_\_   Schedule G - Executory Contracts and Unexpired Leases
\_\_\_     Schedule H - Codebtors
\_\_\_\_    Schedule I - Current Income of Individual Debtor(s)
\_\_\_     Schedule J - Current Expenses of Individual Debtor(s)
\_\_\_ Statement of Financial Affairs
\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_X\_ Other:   \_\_Mailing Matrix_____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that the notice of the
filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this
case, and to any and all entities affected by this amendment as follows: Verizon Communications, Comcast Cable.

Date: November 26, 2014                          /s/ Julia B. Adair (VSB # 45130)
                                                 Julia B. Adair (VSB #45130)
                                                 Hathaway Adair, P.C.
                                                 3412 Cutshaw Ave.
                                                 Richmond, VA 23230
                                                 Phone: (804) 257-9944
                                                 Fax: (804) 353-9941